**Order entered January 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01607-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**AMY LYONS, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MA13-34796**

## ORDER

The Court **GRANTS** the State's January 28, 2014 motion to supplement the reporter's record.

We **ORDER** court reporter Pamela Durke-Sweeney to file a supplemental reporter's record, within **FIFTEEN (15) DAYS** from the date of this order that contains State's Exhibit #1, video recording.

/s/      DAVID EVANS
           JUSTICE